**Malcolm C. BUSCHER, Appellant,**

v.

**Norma Lee BUSCHER, Respondent.**

No. 51440.

Missouri Court of Appeals,
Eastern District,
Division Five.

March 17, 1987.

Kevin R. Kelly, Kelly and Hayes, Florissant, for appellant.

Leonard J. Frankel, Mazur, Raben, Breece, Frankel, Kaiser & Jones, Clayton, for respondent.

### ORDER

**PER CURIAM.**

Former husband appeals maintenance award of $700.00 per month awarded to former wife.

An opinion reciting the detailed facts and restating the principles of law which have been fully established would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order affirming the judgment of the trial court. The judgment is affirmed. Rule 84.16(b).